CORNELIUS ALEXY et al., as Administrators of the Estate of JAMES ALEXY, Deceased, Appellants, v RICHARD STEIN, Respondent.

Submitted May 31, 2005; decided June 30, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellants' motion to renew, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

CATHYANN CAPORALE, Appellant, v MICHAEL C. MESBAH et al., Respondents.

Submitted May 23, 2005; decided June 30, 2005

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

ANDRE DOLBERRY, Appellant, v STATE OF NEW YORK, Respondent.

Submitted May 31, 2005; decided June 30, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

In the Matter of KERRY KOTLER, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents.

Submitted May 23, 2005; decided June 30, 2005

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for discovery, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.